IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joshua Humphries, Esq.
NJ ID No. 013332008
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ  08052
Telephone:  856-831-7119
Facsimile:  (856) 282-1090
Attorney for Debtor(s)

**Order Filed on October 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Carmelo A. Ortiz and
Jessica M. Sanchez,

Debtor(s).

Case No:  19-12723-ABA

Chapter:  13

Judge:  Andrew B. Altenburg, Jr.

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 24, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of <u>Joshua Humphries, Attorney for Debtors Carmelo A. Ortiz and Jessica M. Sanchez</u> for a reduction of time for a hearing on <u>the Motion to Reinstate the Bankruptcy Case</u> under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on <u>Nov. 5, 2019</u> at <u>10 am</u> in the United States Bankruptcy Court, <u>401 Cooper Street, Camden, NJ 08101</u>, Courtroom No. <u>4B</u>.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: <u>Trustee, secured creditor and their counsel</u>

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: <u>all remaining creditors</u>

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to <u>Trustee, secured creditor and their counsel</u>

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

United States Bankruptcy Court
District of New Jersey

In re:  
Carmelo A. Ortiz  
Jessica M. Sanchez  
    Debtors

Case No. 19-12723-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 24, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2019.  
db/jdb        +Carmelo A. Ortiz,    Jessica M. Sanchez,    509 North Elberon Avenue,    Atlantic City, NJ 08401-1126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2019 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Joshua Humphries    on behalf of Joint Debtor Jessica M. Sanchez jhumphries@keaveneylegalgroup.com, jday@keaveneylegalgroup.com;r46514@notify.bestcase.com  
        Joshua Humphries    on behalf of Debtor Carmelo A. Ortiz jhumphries@keaveneylegalgroup.com, jday@keaveneylegalgroup.com;r46514@notify.bestcase.com  
        Kevin Gordon McDonald    on behalf of Creditor    GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                TOTAL: 7