UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Secured Creditor*

Order Filed on June 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Carmelo A. Ortiz,
Jessica M. Sanchez,
Aka Jessica M. Sanchez-Deperez,

                        Debtors.

Chapter: 13

Case No.: 19-12723-ABA

Judge: Andrew B. Altenburg, Jr.

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 16, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of <u>Specialized Loan Servicing, LLC, as servicing agent for GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee</u> ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

X Real property more fully described as:

**509 North Elberon Avenue, Atlantic City, NJ 08401**

It is further **ORDERED** that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Carmelo A. Ortiz  
Jessica M. Sanchez  
      Debtors

Case No. 19-12723-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Jun 16, 2020  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.  
db/jdb       +Carmelo A. Ortiz,   Jessica M. Sanchez,   509 North Elberon Avenue,   Atlantic City, NJ 08401-1126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor   GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
              Gavin Stewart   on behalf of Creditor   Specialized Loan Servicing LLC bk@stewartlegalgroup.com  
              Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
              Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
              Kevin Gordon McDonald   on behalf of Creditor   GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
              Warren D. Levy   on behalf of Joint Debtor Jessica M. Sanchez gdeangelo@keaveneylegalgroup.com, jdimaggio@keaveneylegalgroup.com;r46514@notify.bestcase.com  
              Warren D. Levy   on behalf of Debtor Carmelo A. Ortiz gdeangelo@keaveneylegalgroup.com, jdimaggio@keaveneylegalgroup.com;r46514@notify.bestcase.com  
                                                                                                                                                TOTAL: 8