Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−12723−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carmelo A. Ortiz
509 North Elberon Avenue
Atlantic City, NJ 08401

Jessica M. Sanchez
aka Jessica M. Sanchez−DePerez
509 North Elberon Avenue
Atlantic City, NJ 08401

Social Security No.:
xxx−xx−8209

xxx−xx−9565

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on July 23, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 23, 2020
JAN: bc

Jeanne Naughton
Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey

In re:                                                          Case No. 19-12723-ABA
Carmelo A. Ortiz                                                Chapter 13
Jessica M. Sanchez
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jul 23, 2020
                              Form ID: 148             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2020.
db/jdb         +Carmelo A. Ortiz,   Jessica M. Sanchez,   509 North Elberon Avenue,
                 Atlantic City, NJ 08401-1126
aty            +KML Law Group P.C.-NJ,   216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812
cr             +Specialized Loan Servicing LLC,   P.O. Box 340514,   Tampa, FL 33694-0514
lm              Specialized Loan Servicing, LLC,   Attn: Customer Care,   PO Box 630147,
                 Littleton, CO 80163-0147
518019217     ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,   Attn: Bankruptcy,   PO Box 5010,
                 Woodland Hills, CA 91365)
518019221     #+HY Cite Enterprises, LLC/Royal Prestige,   Attn: Bankruptcy,   333 Holtzman Rd,
                 Madison, WI 53713-2109
518019223      +Merchants Credit Guide Co.,   223 West Jackson Boulevard,   Suite 700,   Chicago, IL 60606-6914
518020305      +Orion,   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518019227      +RAS Citron Law Offices,   130 Clinton Road,   Suite 202,   Fairfield, NJ 07004-2927
518019228      +Specialized Loan Servicing/SLS,   Attn: Bankruptcy Dept,   8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
518019230      +Trident Asset Management,   Attn: Bankruptcy,   PO Box 888424,   Atlanta, GA 30356-0424
518195326      +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2020 23:48:54      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2020 23:48:51      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518168086      +EDI: CINGMIDLAND.COM Jul 24 2020 03:08:00      AT&T Mobility II LLC,   %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO  PARALEGAL,   ONE AT&T WAY, SUITE 3A104,   BEDMINSTER, NJ. 07921-2693
518132154      +EDI: LCIFULLSRV Jul 24 2020 03:08:00      COMCAST,   PO BOX 1931,   Burlingame, CA 94011-1931
518019218      +E-mail/Text: ebnnotifications@creditacceptance.com Jul 23 2020 23:47:57      Credit Acceptance,
                 25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
518019219      +E-mail/Text: bknotice@ercbpo.com Jul 23 2020 23:48:57      Enhanced Recovery Corp,
                 Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
518019220      +EDI: AMINFOFP.COM Jul 24 2020 03:08:00      First Premier Bank,   Attn: Bankruptcy,
                 PO Box 5524,   Sioux Falls, SD 57117-5524
518074259       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2020 23:53:40      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518019222      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2020 23:52:24
                 LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   PO Box 10497,
                 Greenville, SC 29603-0497
518019224      +EDI: MID8.COM Jul 24 2020 03:08:00      Midland Funding,   2365 Northside Dr.,   Suite 300,
                 San Diego, CA 92108-2709
518147178      +EDI: MID8.COM Jul 24 2020 03:08:00      Midland Funding LLC,   P.O. Box 2011,
                 Warren, MI 48090-2011
518019225       E-mail/Text: paula.tilley@nrsagency.com Jul 23 2020 23:47:55      Natiowide Recovery Service,
                 Attn: Bankruptcy,   PO Box 8005,   Cleveland, TN 37320
518024373      +EDI: PRA.COM Jul 24 2020 03:08:00      Orion Portfolio Services, LLC,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
518183413       EDI: PRA.COM Jul 24 2020 03:08:00      Portfolio Recovery Associates, LLC,
                 C/O capital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
518019226      +EDI: PRA.COM Jul 24 2020 03:08:00      Portfolio Recovery,   PO Box 41021,
                 Norfolk, VA 23541-1021
518069762      +EDI: JEFFERSONCAP.COM Jul 24 2020 03:08:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
518066585       E-mail/Text: paula.tilley@nrsagency.com Jul 23 2020 23:47:55      SHORE MEDICAL CENTER,
                 C/O NATIONWIDE RECOVERY SERVICE,   P.O. BOX 8005,   CLEVELAND,TN 37320-8005
518019229      +E-mail/Text: bncnotices@stengerlaw.com Jul 23 2020 23:48:00      Stenger & Stenger, PC,
                 2618 East Paris Ave. SE,   Grand Rapids, MI 49546-2458
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1            User: admin                 Page 2 of 2                  Date Rcvd: Jul 23, 2020
                                Form ID: 148                Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2020 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    GMAT Legal Title Trust 2013-1, U.S. Bank National
               Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Gavin   Stewart    on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    GMAT Legal Title Trust 2013-1, U.S. Bank National
               Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Warren D. Levy    on behalf of Debtor Carmelo A. Ortiz gdeangelo@keaveneylegalgroup.com,
               jdimaggio@keaveneylegalgroup.com;r46514@notify.bestcase.com
              Warren D. Levy    on behalf of Joint Debtor Jessica M. Sanchez gdeangelo@keaveneylegalgroup.com,
               jdimaggio@keaveneylegalgroup.com;r46514@notify.bestcase.com
                                                                                             TOTAL: 8
```